JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Tammy Shea Brady, et al.

**DEFENDANTS**
Pfizer Inc., John Doe One, John Doe Two, Robert S. Tillett, Jr., M.D. and Louisville Neurology Associates, PSC

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
See attached

Attorneys (If Known)
See attached

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332, 1441, 1446
Brief description of cause:
Product liability action, alleging injury due to Bextra

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE See attached
DOCKET NUMBER See attached

DATE: April 12, 2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

I.(c)   Plaintiffs' Attorneys

      Jeffrey K. Branstetter
      BLANTON & BRANSTETTER, LLC
      705 Meigs Avenue
      Jeffersonville, Indiana 47130

I.(c)   Defendants' Attorneys

      Carol Dan Browning
      Sarah G. Cronan
      STITES & HARBISON, PLLC
      400 West Market Street
      Suite 1800
      Louisville, KY  40202-3352
      (502) 587-3400
      COUNSEL FOR DEFENDANT, PFIZER INC.

      David B. Gazak
      Darby & Gazak
      10400 Linn Station Road, Suite 226
      Louisville, KY 40223
      (502) 412-5020
      COUNSEL FOR ROBERT S. TILLETT, JR., M.D and
      LOUISVILLE NEUROLOGY ASSOCIATES, PSC

599929:1:LOUISVILLE

**VIII. Related Cases**

Other Celebrex® and Bextra® cases pending against Pfizer Inc. in Kentucky Federal District Court:

*Douglas Adams and Sue Adams v. Merck & Co., Inc., Pfizer, Inc., John Doe One and John Doe Two*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-723-JRS
Judge Charles R. Simpson, III

*Patricia Alvey v. Pfizer Inc.*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-683-H
Judge Charles L. Simpson, III

*Johnnie Anderson as Personal Representative of the Estate of Loretta Anderson v. Merck & Co., Inc. and Pfizer Inc., John Doe One, John Doe Two, James D. Charasikak, James Hudnal, ARNP, and Louisville Primary Care Center*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-685-S
Judge Charles R. Simpson, III

*Aileen Arnett and James W. Arnett v. Pfizer Inc., John Doe One and John Doe Two*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-704-H
Judge John G. Heyburn, II

*Doshie J. Bartley, Individually and as Executrix of the Estate of William Ray Bartley, deceased v. Pfizer Inc., G.D. Searle, LLC and Pharmacia Corporation*
United States District Court, Eastern District of Kentucky, Pikeville Division
Civil Action No. 7:06-CV-97-GFVT
Judge Gregory F. Van Tatenhove

*Doyle A. Coen and Betty Jo Coen v. Merck & Co., Inc., Pfizer Inc., John Doe One and John Doe Two*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-682-R
Judge Thomas B. Russell

*Natella Kaye Cox v. Merck & Co., Inc., Pfizer Inc., John Doe One and John Doe Two*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 05-CV-716-CRS
Judge Charles R. Simpson, III

*John DeHart v. Pfizer Inc.*,
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-476-H
Judge John G. Heyburn, II

*Clyde Dodson and Juanita Dodson v. Pfizer Inc., John Doe One, John Doe Two, Maynard L. Stetten, M.D., Associated Orthopedics, P.S.C.*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-709-H
Judge John G. Heyburn, II

*Teresa Duff, individually and as Representative of the Estate of Bill Duff, Deceased, and as Next Friend of Christopher Ryan Duff v. Pfizer Inc., Mitchell Wicker, Jr., M.D., and Zoe Akers*
United States District Court, Eastern District of Kentucky, London Division
Civil Action No. 05-CV-602-KKC
Judge Karen K. Caldwell

*Roger G. Ewing v. Pfizer Inc., John Doe One and John Doe Two*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-598-H
Judge John G. Heyburn, II

*James Hill v. Pfizer Inc.*
United States District Court, Western District of Kentucky, Paducah Division
Civil Action No. 5:05-CV-193-R
Judge Thomas B. Russell

*Randall R. Jackson and Jane Sue Jackson v. Merck & Co., Inc., Pfizer Inc., John Doe One and John Doe 2*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05CV-562-H
Judge John G. Heyburn, II

*Barry Jewell and Pamela Jewell v. Pfizer Inc., John Doe One, John Doe Two, Phillip W. Bale, M.D., and Primary Care Assoc. of Southern Kentucky*
United States District Court, Western District of Kentucky, Bowling Green Division
Civil Action No. 1:05-CV-182-R
Judge Thomas B. Russell

*William Johnson and Debra Lynn Johnson v. Pfizer Inc., John Doe One, John Doe Two, Stephen D. Burton and Community Medical Associates*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-702-H
Judge John G. Heyburn, II

***Janet Knowland and William Knowland v. Pfizer Inc., John Doe One, John Doe Two, Gary L. Reasor, M.D. and Care Clinic, Inc. d/b/a Louisville Pain Treatment Physicians***
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 5:05-CV-705-H
Judge John G. Heyburn, II

***Robert Manley and Patricia Manley v. Merck & Co., Inc. and Pfizer Inc., John Doe One and John Doe Two***
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-656-S
Judge Charles R. Simpson, III

***Anna Matthews and Hugh Matthews v. Pfizer Inc., John Doe One and John Doe Two***
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-701-H
Judge John G. Heyburn, II

***Vivie Nell Melton v. Pharmacia Corporation, Pfizer Inc., Unknown Defendants, being those persons, firms, or corporations whose actions, inactions, fraudulent suppression, fraud, scheme to defendant and/or other wrongful conduct caused or contributed to Plaintiff's injuries and damages***
United States District Court, Western District of Kentucky, Bowling Green Division
Civil Action No. 06-CV-0022
Judge E. Robert Goebel

***Edna Messinger and Ronald Messinger v. Pfizer Inc., John Doe One, John Doe Two, Vickie C. Lowe, M.D., Vickie C. Lowe, M.D., P.S.C.***
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-708-H
Judge John G. Heyburn, II

***Bonnie Mullins and Robert L. Mullins v. Merck & Co. and Pfizer Inc., John Doe One and John Doe Two***
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-00577-CRS
Judge Charles R. Simpson, III

***Galen Noe and Sondra Noe v. Merck & Co., Inc., Pfizer Inc., John Doe One, John Doe tow, Daksha P. Mehta, M.D., and Center for Arthritis & Osteoporosis, PSC***
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-00700-CRS
Judge Charles R. Simpson, III

*Joan O'Bryan, a disabled adult, by and through Mary C. Ball as Next Friend v. Merck & Co., Inc., Pfizer Inc., John Doe One and John Doe Two, Daksha P. Mehta, M.D., Center for Arthritis & Osteoporosis, PSC, Daniel G. Meece, M.D. and Bardstown Internal Medicine, SC*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-681-R
Judge Thomas B. Russell

*Rhoda Overstreet v. Merck & Co., Pfizer Inc., John Doe One and John Doe Two*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-561-H
Judge John G. Heyburn, II

*Charles Poole and Lisa Poole v. Pfizer Inc., John Doe One, John Doe Two and Anthony Hubbach, M.D.*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:06-CV-40-H
Judge Charles R. Simpson, III

*Gail Ratcliff, Mark A. Ratcliff and Austin L. Ratcliff v. Pfizer Inc.*
United States District Court, Eastern District of Kentucky, Covington Division
Civil Action No. 05-CV-222
Judge Daniel L. Bunning

*Joseph Ruble v. Pfizer Inc., John Doe One and John Doe Two*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-703-H
Judge John G. Heyburn, II

*Robert Sampson v. Merck & Co., Inc., Pfizer Inc., John Doe One, John Doe Tow, H. Lynn Speevak, M.D. and Community Medical Associates, Inc.*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-722-CRS
Judge Charles R. Simpson, III

*Cathy Groce Stearns v. Merck & Co., Inc., Pfizer Inc., John Doe One and John Doe Two*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 05-CV-710-TBR
Judge Thomas B. Russell

*Christen Summers, John Summers, Ashly Summers and Alissa Summers, Minors, by and through Christen Summers, as Next Friend*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-706-H
Judge John G. Heyburn, II

*Harold Thomas and Mary Lavern Thomas v. Merck & Co., Inc. and Pfizer Inc., John Doe One and John Doe Two*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-669-CRS
Judge Charles R. Simpson, III

*Ernest D. Weber, Jr. and Sherry Weber v. Merck & Co., Inc. and Pfizer Inc., John Doe One and John Doe Two AND PHYSICIANS*
United States District Court, Western District of Kentucky, Louisville Division
Civil Action No. 3:05-CV-623-CRS
Judge Charles R. Simpson, III

481262:2:LOUISVILLE