

CLOSED, TRANSF

# U.S. District Court
## Western District of Kentucky (Louisville)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00206-JBC

Brady v. Pfizer, Inc. et al
Assigned to: Judge Jennifer B. Coffman
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 04/12/2007
Date Terminated: 08/08/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Tammy Shea Brady**
*Individually and as Personal Representative of the Estate of Charles Brady and as Guardian of ETB, a minor, SSB, a minor and HMB, a minor*

*estate of*
Charles Brady

represented by **Jeffrey K. Branstetter**
Blanton & Branstetter, LLC
705 Meigs Avenue
Jeffersonville, IN 47130
812-283-8577
Fax: 812-283-7995
Email: branstetter.atty@netzero.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

represented by **Carol D. Browning**
Stites & Harbison, PLLC
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352
502-681-0516
Fax: 502-779-8232
Email: cbrowning@stites.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah G. Cronan**
Stites & Harbison, PLLC
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352
502-681-0543
Fax: 502-587-6391
Email: scronan@stites.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**John Doe One**

**Defendant**
**John Doe Two**

**Defendant**
**M.D. Robert S. Tillett, Jr.**  represented by  **David Bryan Gazak**
Darby & Gazak, PSC
3220 Office Pointe Place
Suite 200
Louisville, KY 40220
502-412-5020
Fax: 502-412-1004
Email: sstaublesmith@darbygazak.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James E. Smith**
Darby & Gazak, PSC
3220 Office Pointe Place
Suite 200
Louisville, KY 40220
502-412-5020
Fax: 502-412-1004
Email: jsmith@darbygazak.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Louisville Neurology Associates, PSC**  represented by  **David Bryan Gazak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James E. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2007 | 1 | NOTICE OF REMOVAL by Pfizer, Inc. from Jefferson Circuit Court, case number 07-CI-002826. (Filing fee $ 350, Receipt No. 521591). (Attachments: # 1 Exhibit A-State Court Record# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Cover Sheet)(CSD) Additional attachment(s) added on 5/4/2007 (JBM). (Entered: 04/16/2007) |
| 04/13/2007 | 2 | Case Assignment (Random Selection): Case Assigned to Judge Thomas B. Russell. Magistrate designation: USMJ Dave Whalin. (CSD) (Entered: |

| | | |
|---|---|---|
| | | 04/16/2007) |
| 04/16/2007 | 3 | NOTICE LETTER to Counsel and Jefferson Circuit Court Clerk re 1 Notice of Removal. (CSD) (Entered: 04/16/2007) |
| 04/16/2007 | 4 | ANSWER to Complaint with Jury Demand by Pfizer, Inc..(Cronan, Sarah) (Entered: 04/16/2007) |
| 04/16/2007 | 5 | MOTION to Stay *or Defer Proceedings Pending Transfer to Multidistrict Litigation* by Pfizer, Inc.. Responses due by 5/4/2007 (Cronan, Sarah) Additional attachment(s) added on 4/16/2007 (CSD). (Entered: 04/16/2007) |
| 04/16/2007 | 6 | MEMORANDUM re 5 Motion to Stay by Pfizer, Inc.. (Attachments: # 1 Exhibit A-Orders staying proceedings in other cases pending transfer to MDL, Part 1# 2 Exhibit A, Part 2# 3 Exhibit B-Orders staying proceedings despite possible filing of motion to remand# 4 Exhibit C-Jackson v J&J (unpublished decision)# 5 Exhibit D-JPML Letter Re: MDL-1699)(Cronan, Sarah) Modified on 4/18/2007 to add exhibit descriptions(CSD). (Entered: 04/16/2007) |
| 04/17/2007 | 7 | MOTION to Amend/Correct 1 Notice of Removal, *to Substitute with Redacted Copies* by Pfizer, Inc.. Responses due by 5/7/2007 (Attachments: # 1 Notice of Removal with Redaction# 2 Exhibit A - Summons and Complaint (Redacted)# 3 Proposed Order)(Cronan, Sarah) (Entered: 04/17/2007) |
| 04/18/2007 | 8 | CORPORATE DISCLOSURE STATEMENT by Pfizer, Inc.. (Cronan, Sarah) (Entered: 04/18/2007) |
| 04/19/2007 | 9 | NOTICE of Appearance/Substitution by James E. Smith on behalf of Louisville Neurology Associates, PSC, Robert S. Tillett, Jr (Smith, James) (Entered: 04/19/2007) |
| 04/19/2007 | 10 | NOTICE of Appearance/Substitution by James E. Smith on behalf of Louisville Neurology Associates, PSC, Robert S. Tillett, Jr (Smith, James) (Entered: 04/19/2007) |
| 04/19/2007 | 11 | ORDER by Judge Thomas B. Russell on 04/18/2007 of Recusal. Judge Thomas B. Russell recused; matter referred to Chief Judge for reassignment to another judge for all further proceedings. cc:Counsel, Case Mgr-Chief Judge Heyburn(CSD) (Entered: 04/19/2007) |
| 04/19/2007 | 15 | Case ReAssignment (Random Selection): Case Assigned to Judge Jennifer Bl Coffman. (JBM) (Entered: 04/20/2007) |
| 04/20/2007 | 12 | ORDER by Chief Judge John G. Heyburn II on 4/19/2007. Case reassigned to Judge Jennifer B. Coffman for all further proceedings. Counsel are requested to change the civil action number to reflect the initial (C) on all further pleadings.cc: Counsel, Case Manager-Coffman (RLK) (Entered: 04/20/2007) |
| 04/20/2007 | 13 | RESPONSE to Motion re 5 MOTION to Stay *or Defer Proceedings Pending Transfer to Multidistrict Litigation* by Tammy Shea Brady. |

| | | |
|---|---|---|
| | | Replies due by 5/4/2007. (Attachments: # 1 Proposed Order Order) (Branstetter, Jeffrey) (Entered: 04/20/2007) |
| 04/20/2007 | 14 | MOTION to Remand by Tammy Shea Brady. Responses due by 5/8/2007 (Attachments: # 1 Memorandum in Support Supporting memorandum# 2 Exhibit Exhibit A# 3 Exhibit B-1 Consolidated cases# 4 Exhibit Exhibit B-2 Consolidated Cases# 5 Proposed Order)(Branstetter, Jeffrey) (Entered: 04/20/2007) |
| 05/04/2007 | 16 | REPLY re 5 MOTION to Stay *or Defer Proceedings Pending Transfer to Multidistrict Litigation*, 13 Response to Motion by Pfizer, Inc.. (Attachments: # 1 Exhibit 1 - Stay Orders# 2 Exhibit 2 - CTO-64# 3 Exhibit 3 - June 20, 2006 Transfer Order# 4 Exhibit 4 - February 15, 2006 Transfer Order# 5 Exhibit 6 - Falgoust v. Microsoft (unpublished)# 6 Exhibit 6 - More Stay Orders# 7 Exhibit 7- Transcript from MDL Proceeding# 8 Exhibit 8 - In re: Diet Drugs (unpublished)# 9 Exhibit 9 - Arthur-Magna v. Del-Val Financial (unpublished))(Cronan, Sarah) (Entered: 05/04/2007) |
| 05/04/2007 | 17 | MOTION To Hold Plaintiffs' Motion to Remand in Abeyance Pending Ruling on Motion to Stay re 14 MOTION to Remand by Pfizer, Inc.. Responses due by 5/22/2007 (Attachments: # 1 Exhibit A - CTO-64# 2 Proposed Order)(Cronan, Sarah) (Entered: 05/04/2007) |
| 05/04/2007 | 18 | ORDER by Judge Jennifer B. Coffman on 5/3/07; granting 7 Motion to Amend. Redacted Notice of Removal and Exhibit A are substituted for the originally filed documents cc:Counsel(JBM) (Entered: 05/04/2007) |
| 05/07/2007 | | MOTION SUBMITTED TO CHAMBERS FOR REVIEW: 5 MOTION to Stay *or Defer Proceedings Pending Transfer to Multidistrict Litigation* (TAC) (Entered: 05/07/2007) |
| 05/08/2007 | 19 | RESPONSE to Motion re 14 MOTION to Remand by Pfizer, Inc.. Replies due by 5/22/2007. (Attachments: # 1 Exhibit A - CTO-64# 2 Exhibit B - JPML Letter dated May 13, 2005# 3 Exhibit C - Collected Unpublished Decisions# 4 Exhibit D - Omobude v. Merck (Unpublished) # 5 Exhibit E - Weixler v. Paris (Unpublished)# 6 Exhibit F - Sires v. Eli Lilly (Unpublished)# 7 Proposed Order)(Cronan, Sarah) (Entered: 05/08/2007) |
| 05/18/2007 | 20 | REPLY to Response to Motion re 17 MOTION To Hold Plaintiffs' Motion to Remand in Abeyance Pending Ruling on Motion to Stay re 14 MOTION to Remand by Tammy Shea Brady. (Branstetter, Jeffrey) (Entered: 05/18/2007) |
| 05/21/2007 | | MOTION SUBMITTED TO CHAMBERS FOR REVIEW: 17 MOTION To Hold Plaintiffs' Motion to Remand in Abeyance Pending Ruling on Motion to Stay re 14 MOTION to Remand (TAC) (Entered: 05/21/2007) |
| 05/29/2007 | 21 | NOTICE *of Deposition* by Pfizer, Inc. (Attachments: # 1 Exhibit A - Plaintiffs' Second Amended Notice of 30(b)(6) Deposition)(Cronan, Sarah) (Entered: 05/29/2007) |
| | | |

| 06/06/2007 | 22 | NOTICE *of Cross-Notice of Deposition* by Pfizer, Inc. (Attachments: # 1 Exhibit A - Plaintiffs' Amended Notice of 30(b)(6) Deposition of Pfizer Inc.)(Cronan, Sarah) (Entered: 06/06/2007) |
|---|---|---|
| 06/21/2007 | 23 | NOTICE to Take Deposition of Felix Arrellano by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 06/21/2007) |
| 06/21/2007 | 24 | NOTICE to Take Deposition of Kevin Phelan by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 06/21/2007) |
| 06/21/2007 | 25 | NOTICE to Take Deposition of Ken Verburg by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 06/21/2007) |
| 06/21/2007 | 26 | NOTICE to Take Deposition of Gail Cawkwell by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 06/21/2007) |
| 06/21/2007 | 27 | NOTICE to Take Deposition of Mitch Gandelman by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 06/21/2007) |
| 06/21/2007 | 28 | NOTICE to Take Deposition of Steven Geis by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 06/21/2007) |
| 06/21/2007 | 29 | NOTICE to Take Deposition of Edmund Harrigan by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 06/21/2007) |
| 06/21/2007 | 30 | NOTICE to Take Deposition of Peter Isakson by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 06/21/2007) |
| 06/21/2007 | 31 | NOTICE to Take Deposition of Thomas Koestler by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 06/21/2007) |
| 06/21/2007 | 32 | NOTICE to Take Deposition of John Wolleben by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 06/21/2007) |
| 07/17/2007 | 33 | NOTICE to Take Deposition of Fred Hassan by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Deposition Notice)(Cronan, Sarah) (Entered: 07/17/2007) |
| 07/24/2007 | 34 | NOTICE to Take Deposition of Pfizer/Pharmacia/G.D. Searle Corporate Representative by Pfizer, Inc.. (Attachments: # 1 Exhibit A - Notice of Deposition)(Cronan, Sarah) (Entered: 07/24/2007) |
| 08/06/2007 | 35 | Copy of Notice from MDL Panel to USDC CAND. (NMB) (Entered: 08/08/2007) |

| 08/06/2007 | 36 | NOTICE from USDC CAND. (Attachments: # 1 Certified Copy of Transfer Order)(NMB) (Entered: 08/08/2007) |
| 08/08/2007 | 37 | NOTICE from USDC WDKY re 36 Notice of Transfer to USDC CAND MDL Court.cc: Counsel, USDC CAND(NMB) (Entered: 08/08/2007) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 10/22/2007 17:34:51 ||||
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cv-00206-JBC |
| Billable Pages: | 3 | Cost: | 0.24 |