| | |
|---|---|
| 1 | |
| 2 | Attorneys for Plaintiffs, |
| | Blanton & Branstetter, LLC |
| 3 | 705 Meigs Avenue |
| | Jeffersonville, IN 47130 |
| 4 | **(812) 283-8577** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:07-cv-05395-CRB <br><br> **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| TAMMY SHEA BRADY, Individually and as Personal Representative of the ESTATE of CHARLES BRADY; and as Guardian of ███████, a minor, ███████, a minor, and ███████, a minor <br><br> Plaintiffs, <br><br> vs. <br><br> PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO; ROBERT S. TILLETT, JR, MD; and LOUISVILLE NEUROLOGY ASSOCIATES, PSC <br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, TAMMY SHEA BRADY, Individually and as Personal Representative of the ESTATE OF CHARLES BRADY; and as Guardian of ███████, a minor; ███████, a minor; and ███████, a minor, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: 12/9, 2009 | BLANTON & BRANSTETTER, LLC |
| 2 | | |
| 3 | | By: _____ |
| | | Jeffrey K. Branstetter |
| 4 | | Attorneys for Plaintiffs |
| 5 | DATED: 12-10, 2009 | DARBY & GAZAK |
| 6 | | By: James E. Smith / with permission by LMCroner |
| 7 | | David Gazak, James E. Smith |
| | | Attorneys for Defendant Robert S. Tillett, Jr., MD and |
| 8 | | Louisville Neurology Associates, PSC |

DATED: February 3, 2010    DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    Attorneys for Defendant Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 16 2010

_____
Hon. Charles R. Breyer
United States District Court